# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 18-cr-000102** |
| **VS.** | : | **JUDGE ROBERT G. JAMES** |
| **JOSE SALVADOR MEZA-VASQUEZ** | : | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #20], and in the transcript previously filed herein, [Doc. #21] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #16], and concurring with the finding of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the **GUILTY PLEA** entered by defendant Jose Salvador Meza-Vasquez on June 5, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11. Defendant is adjudged guilty of reentry without permission by an alien previously removed, as charged in Count One of the Indictment.

Monroe, Louisiana, this 7th day of June, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE